AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Logan Procell | ) | 17-MJ-6279-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/8/17 - 9/16/17  in the county of  Middlesex  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | coercion and enticement of a minor, from on or about August 8, 2017 through on or about September 16, 2017; |
| 18 U.S.C. § 1470 | transfer of obscene material to a minor, on or August 8, 2017; |
| 18 U.S.C. § 1470 | transfer of obscene material to a minor, on or August 9, 2017 |

This criminal complaint is based on these facts:

Please see attached affidavit of Special Agent Eric S. Slaton, incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Eric S. Slaton, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  September 21, 2017

*Judge's signature*

City and state:   Boston, Massachusetts   Hon. M. Page Kelley, US Magistrate Judge
*Printed name and title*