**AFFIDAVIT OF ERIC S. SLATON IN SUPPORT OF CRIMINAL COMPLAINT**

**INTRODUCTION**

I, Eric S. Slaton, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a Special Agent of the FBI for approximately eighteen years and am currently assigned to the Boston Division, Child Exploitation Task Force. While employed by the FBI, I have investigated federal criminal violations related to, among other things, the online sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. This affidavit is submitted in support of a criminal complaint charging LOGAN PROCELL ('PROCELL"), YOB: 1993, of Noble, Louisiana, with coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b), and transfer of obscene material to minors, in violation of 18 U.S.C. § 1470.

3. The statements contained in this affidavit are based in part on: information provided by written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent with the FBI. Because this affidavit is submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I

believe are necessary to establish the necessary foundation for the requested warrant.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4. On September 17, 2017, an adult female, SR,[1] visited the ▓▓▓▓ Police Department, ▓▓▓▓ Massachusetts, to report that she had observed disturbing text messages on her 11-year-old daughter's iPad. The text messages, which spanned the time frame from August 8, 2017 to September 15, 2017, were between her daughter's account[2] and the telephone number 318-581-2222.

5. SR related to the ▓▓▓▓ Police Department that her daughter ("Minor A") informed her that the number associated with the text messages belonged to a teacher named Logan Procell. SR, utilizing resources available to the public, determined that PROCELL was a chemistry teacher at Logansport High School in Noble, Louisiana.

6. SR consented to review of Minor A's iPad by law enforcement and provided screen shots of the text message conversation that she had observed to the ▓▓▓▓ Police Department.

7. On September 18, 2017, ▓▓▓▓ Police Detective ▓▓▓▓ provided SA Slaton the iPad and print-outs of the text messages (including attachments sent as part of the conversation).

8. On September 19, 2017, the iPad was forensically examined at the Boston FBI office in Chelsea, Massachusetts. The examination revealed that between August 8, 2017 and September 16, 2017, there were approximately 1,626 text messages between Minor A's account and the telephone number 318-581-2222. In reviewing the text conversation, this

---

1 The individual's identity is known to this affiant, but redacted here in the interest of her and her daughter's privacy.
2 The identifier's of Minor A's account are known to this affiant, but redacted here in the interest of her privacy.

Affiant observed messages that were sexually explicit in nature, some of which contained as attachments illicit images. This Affiant has not reproduced the entirety of the conversation, but merely a selection of messages relevant to a finding of probable cause. Those selected messages are set forth below:

a. **August 8, 2017, beginning at approximately 20:35:** [3]

| | |
|---|---|
| 318-581-2222: | Hey I can visit you maybe this weekend |
| Minor female: | Ya |
| 318-581-2222: | Are you doing anything this weekend? |
| 318-581-2222: | Like are you gonna be with your family or something? |
| 318-581-2222: | Because I don't have to visit |
| Minor female: | I'm gonna be with my mom |
| Minor female: | That's all |
| Minor female: | She probs won't let you in tho ,_, |
| 318-581-2222: | When does she fall asleep? |

b. **August 8, 2017, beginning at approximately 23:58:**

| | |
|---|---|
| 318-581-2222: | Your tits are plenty big |
| Minor A: | SIGH. |
| Minor A: | Sureeeeee |
| Minor A: | Mmhmmmmmm |
| 318-581-2222: | That pic you showed me was perfect |
| 318-581-2222: | They'll get bigger though |

---

[3] Times of the messages are depicted in UTC-4, which is equivalent to EDT.

|   |   |   |
|---|---|---|
|   | Minor A: | Aw |
|   | 318-581-2222: | You're mom has big ones? You'll get there |

c. **August 8, 2017, beginning at approximately 23:59:**

|   |   |
|---|---|
| 318-581-2222: | How do you feel about meeting me now that you know I'm 23? |
| 318-581-2222: | It doesn't scare you? |
| 318-581-2222: | I'd never hurt you but still |
| Minor A: | Ya but…ur SO much older and I now will act a little shy. |

d. **August 9, 2017, beginning at approximately 00:01 :**

|   |   |
|---|---|
| 318-581-2222: | I still like you |
| Minor A: | Aw |
| 318-581-2222: | And about the sex… |
| Minor A: | … |
| 318-581-2222: | You don't have to |
| 318-581-2222: | I'm not making you |
| 318-581-2222: | Whatever you want |
| Minor A: | …I know… |
| Minor A: | …just…does this make me…a…a slut…? |
| 318-581-2222: | What do you want? |
| 318-581-2222: | No of course not |
| Minor A: | Well I'm an 11 year old that wants sex |
| Minor A: | Hell yes imma slut |
| 318-581-2222: | I wanted sex all the time at your age |

|   |   |   |
|---|---|---|
|   | 318-581-2222: | It's normal |
| e. | **August 9, 2017, beginning at approximately 22:41:** | |
|   | 318-581-2222: | Have you done any crimes |
|   | Minor A: | Haha HELL FUCKING YA |
|   | 318-581-2222: | Like what |
|   | Minor A: | driving, drinking bailey's Irish whiskey, dancing to the national anthem, stealing, others… |
|   | Minor A: | I'm tired damn |
|   | 318-581-2222: | Wanna hear mine? |
|   | Minor A: | Nope |
|   | 318-581-2222: | Yeah me too |
|   | 318-581-2222: | Ah man |
|   | 318-581-2222: | You know what crime I did right? |
|   | 318-581-2222: | I did it to you |
|   | Minor female: | Wat? |
|   | Minor female: | Waaaaat?! |
|   | Minor female: | Tell me |
|   | Minor female: | Wat was it |
|   | 318-581-2222: | I showed you this |

At that time, 318-581-2222 sent a picture of an exposed adult male penis to the Minor A's account.[4]

f.    **August 9, 2017, beginning at approximately 23:11:**

---

4 The image is available for the Court's review.

   318-581-2222:  (Minor A name), I need you

   318-581-2222:  I gotta get my cum sucked out!!!!

9. On August 9, 2017, at approximately 23:23, Minor A's account sent an image of exposed breasts, following which 318-581-2222 responded "Wow they've gotten bigger."

10. The conversation continued; select messages are set forth below:

 a. **August 10, 2017, beginning at approximately 17:55:**

   318-581-2222:  Hey can I ask favor?

   Minor A:  Ya

   318-581-2222:  Can you not tell anyone about me?

   Minor A:  Ok

   318-581-2222:  I would get in SERIOUS trouble if you did

 b. **August 11, 2017, beginning at approximately 21:55:**

   318-581-2222:  To be honest you can pass for 18

   Minor A:  Ya!

   Minor A:  Ya…

   Minor A:  Imma talk lamp post

   318-581-2222:  You look way older than 11

 c. **August 11, 2017, beginning at approximately 22:44:**

   318-581-2222:  Can you get away from your mom?

   318-581-2222:  I mean long enough for us to have sex?

 d. August 12, 2017, beginning at approximately 18:38:

   318-581-2222:  I'm kinda sad

|   |   |
|---|---|
| 318-581-2222: | I feel bad |
| 318-581-2222: | Do you know what I am |
| Minor A: | Nope |
| 318-581-2222: | I like you |
| Minor A: | Cool |
| 318-581-2222: | And I'm an adult |
| 318-581-2222: | And you're a kid |
| Minor A: | Sooo…? |
| 318-581-2222: | That makes me a pedophile |
| Minor A: | Lol |
| 318-581-2222: | I'm taking advantage of you |

e. **August 12, 2017, beginning at approximately 20:07:**

|   |   |
|---|---|
| 318-581-2222: | By the way did you get your period yet? |
| Minor A: | Nope |
| 318-581-2222: | If we fuck before then we don't have to worry about getting you pregnant |
| Minor A: | Thank GWAD |
| Minor A: | Ya! |
| Minor A: | But if I do… |
| Minor A: | Shudders* |
| 318-581-2222: | You won't don't worry |
| 318-581-2222: | I won't make you a teen mom |
| 318-581-2222: | Are your pubes still black? |

|               |                                                        |
|---------------|--------------------------------------------------------|
| Minor A:      | Ya                                                     |
| Minor A:      | ,_,                                                    |
| 318-581-2222: | Can I see pls. (Sorry I'm horny again, it happens a lot) |
| Minor A:      | Well, I'm sitting next to my mom                       |

11. During the following conversation on August 12, 2017 at 20:22, 318-581-2222 sent Minor A's account a picture of an adult male sitting on the floor in shorts with a trail of candy on the floor leading to his genitals:

|               |                                                              |
|---------------|--------------------------------------------------------------|
| 318-518-2222: | Follow the candy (name of Minor A)                           |
| Minor A:      | Eats all candy*                                              |
| 318-581-2222: | How do you like those gum balls?                             |
| Minor A:      | Get broom, get candy, takes candy away from him, eats it*    |
| Minor A:      | Good                                                         |
| Minor A:      | I like the cotton candy ones A LOT                           |
| 318-581-2222: | Jesus Christ, lol                                            |
| 318-581-2222: | What about the candy cane?                                   |
| Minor A:      | Eh, I kinda don't like it, it's strong                       |
| Minor A:      | The taste is too strong                                      |
| 318-581-2222: | Keep licking, it gets better                                 |
| 318-581-2222: | You gotta get to the cream filling                           |
| Minor A:      | Okay                                                         |
| Minor A:      | Licks it as fast as sonic*                                   |
| 318-581-2222: | Here comes the white gooey cream                             |

|  |  |  |
|---|---|---|
|  | 318-581-2222: | Cums all over her face* |

12. During the following portion of conversation on August 12, 2017 beginning at approximately 20:29, 318-581-2222 sent a sexually explicit image of a female with her genitals exposed and her fingers spreading her genitals to Minor A's account:[5]

|  |  |
|---|---|
| 318-581-2222: | Ok well let me taste that creamy candy you got down there |
| Minor female: | ? |
| 318-581-2222: | There in your lap |
| Minor female: | ¿ |
| Minor female: | ¿?¿?¿ |
| 318-581-2222: | It looks like this [image described above included as attachment] |
| Minor female: | Oh |
| 318-581-2222: | Kinda pink like cotton candy |
| Minor female: | COTTON CANDYYYYYY |
| 318-581-2222: | Yeah gimme sum |
| Minor female: | Tries to bite her kitty* COTTON CANDYYY |
| 318-581-2222: | I like when it melts in my mouth |

13. There is probable cause to believe that PROCELL is the author of the messages sent by 318-581-2222, based on the following information:

   a. Publically accessible databases indicate that PROCELL subscribes to the telephone number 318-581-2222;

   b. During the text conversations outlined in part above, the user identifies himself

---

5 The image is available for the Court's review.

      using the name "LOGAN;"

c.   During the text conversations outlined in part above, the user sent photos of his face, which investigators compared to the image on file with the Louisiana's Driver's License for LOGAN PROCELL, DOB xx/xx/1993. The photos depict the same person; and

d.   In at least one "selfie" sent during the course of the conversations outlined in part above, the male subject of the photo is wearing a lanyard displaying the name of the high school referenced in Paragraph 5 above.

15. Based on all the foregoing information, I submit that there is probable cause to believe that:

   a. From on or about August 8, 2017 through on or about September 16, 2017, PROCELL, using any facility and means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: the production and distribution of child pornography, and attempted to do so, in violation of 18 U.S.C. § 2422(b); and

   b. on or about August 8, 2017 and August 9, 2017, PROCELL, using any facility and means of interstate and foreign commerce, knowingly transferred obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual has not attained the age of 16 years, and attempted to do so.

_Eric S. Slaton_
Special Agent Eric S. Slaton
Federal Bureau of Investigation

Sworn and subscribed to before me this 21st day of September 21, 2017.



_Page Kelley_
Honorable M. Page Kelley
United States Magistrate Judge