UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 17-cr-10337-DJC

UNITED STATES OF AMERICA

v.

LOGAN PROCELL

### ORDER OF VOLUNTARY DETENTION

KELLEY M.J.

The defendant is charged in the above-numbered indictment. He had an initial appearance in October, 2017 and the government moved for detention. A detention hearing was held on October 31, 2017 and Mr. Procell agreed to a voluntary order of detention. On December 15 he moved for a detention hearing (#31); on December 19 the hearing was held and the court took the matter under advisement, giving counsel until December 21 to file additional materials. On December 21 counsel moved to have additional time to admit further information about detention (#36). On January 25, 2018 defendant filed an assented-to motion to continue the initial status conference and further detention hearing, which was scheduled for February 6, to February 26, explaining that he was still seeking further information about detention to present to the court (#39). On February 22, counsel filed an assented-to request that the status conference and further detention hearing be held on or after March 27, 2018 (#42). Counsel also indicated to the court that given the passage of time defendant would

again consent to a voluntary order of detention. The further status conference was continued to March 29, 2018.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial detention, regardless of whether there have been changed circumstances.

    / s / Page Kelley
PAGE KELLEY
United States Magistrate Judge