# United States Court of Appeals
## For the First Circuit

No. 19-1924

UNITED STATES OF AMERICA,

Appellee,

v.

LOGAN PROCELL,

Defendant, Appellant.

**JUDGMENT**

Entered: April 12, 2022

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The sentence imposed is affirmed,  and the matter is remanded only so the district court can revise the written judgment to specify the term of imprisonment for Count Two.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Elizabeth A. Billowitz, Rachel T. Rose, Donald Campbell Lockhart, Mackenzie Queenin, Anne Paruti, Logan Procell