# United States Court of Appeals
## For the First Circuit

No. 19-1924

UNITED STATES

Appellee

v.

LOGAN PROCELL

Defendant - Appellant

**MANDATE**

Entered: May 3, 2022

    In accordance with the judgment of April 12, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                    By the Court:

                    Maria R. Hamilton, Clerk


cc:
Elizabeth A. Billowitz
Donald Campbell Lockhart
Anne Paruti
Logan Procell
Mackenzie Queenin
Rachel T. Rose